Submitted on record and briefs July 22, reversed and remanded for reconsideration August 26, 1992

In the Matter of the Compensation of
John D. Murphy, Claimant.

JIM HENDERSON LOGGING
and Employers Insurance of Wausau,
a Mutual Company,
*Petitioners,*

*v.*

John D. MURPHY,
*Respondent.*

(WCB 90-22632; CA A73237)

836 P2d 143

---

Kathryn M. Ricciardelli, Wausau Insurance Companies, Beaverton, filed the brief for petitioners.

Dolores Empey and Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131 (1992).